AO 450 (Rev. 01/09)  Judgment in a Civil Action

UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Marie Williams,<br>*Plaintiff*<br>v.<br><br><br>Commissioner of the Social Security Administration,<br>*Defendant* | Civil Action No.     1:22-394-SAL-SVH |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■   other: the decision of the Commissioner is reversed pursuant to sentence four of 42 U.S.C. § 405(g) and the action is remanded for further administrative proceedings.

This action was *(check one)*:

■ decided by the Honorable Shiva V. Hodges, Magistrate Judge presiding, who granted defendant's consent motion to remand.

*CLERK OF COURT*

Date: July 11, 2022

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*